IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONOVAN MOSE REDROAD | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations:  18 U.S.C. §§ 113(a)(3), 1112, and 1153 |

COUNT ONE

**Voluntary Manslaughter**

The Grand Jury Charges:

On or about August 21, 2025, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DONOVAN MOSE REDROAD,

an Indian, voluntarily, intentionally, and unlawfully killed a human being, namely, E.J.B.M., without malice, upon a sudden quarrel and heat of passion;

In violation of Title 18, United States Code, Sections 1112 and 1153.

COUNT TWO

**Assault with a Dangerous Weapon**

The Grand Jury Further Charges:

On or about August 21, 2025, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DONOVAN MOSE REDROAD,

an Indian, assaulted E.J.B.M. with a dangerous weapon, namely, a knife, with intent to do bodily harm to E.J.B.M.;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

LHC/th