UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONOVAN MOSE REDROAD,<br><br>Defendant. | Cr. No. 3:25-cr-237<br><br>**DEFENDANT'S MOTION TO CONTINUE DETENTION HEARING** |

    Defendant Donovan Mose Redroad, by his attorney Assistant Federal Public Defender Charles J. Sheeley, moves to continue the detention hearing until further request by Defendant to schedule the hearing. Defendant acknowledges and understands that the continuance may extend past the five-day period specified in 18 U.S.C. § 3142(f)(2). Defendant understands that he will remain in custody until he makes a request to schedule the hearing, and he waives his right to a detention hearing during such time. A consent to continuance of the detention hearing beyond five days after his first appearance is filed with this motion.

    As good cause for this motion, Defendant asserts that he requires additional time to prepare for the detention hearing.

Dated this 6th day of November, 2025.

                                Respectfully submitted,

                                JASON J. TUPMAN
                                Federal Public Defender
                                By:

                                <u>/s/   *Charles J. Sheeley*</u>
                                Charles J. Sheeley
                                Assistant Federal Public Defender
                                Attorney for Defendant
                                Office of the Federal Public Defender
                                Districts of South Dakota and North Dakota
                                112 Roberts Street North, Suite 200
                                Fargo, ND 58102
                                Telephone: 701-239-5111
                                Facsimile:  701-239-5098
                                filinguser_SDND@fd.org